## In re Lebangood.

September 28, 1948.

Proceeding in the matter of Gilbert J. Lebangood, Louisville, Ky.

Resignation of Gilbert J. Lebangood from the Kentucky State Bar Association accepted.

By agreement of the Louisville Bar Association, Kentucky State Bar Association, and Gilbert J. Lebangood, and in order to avoid the expense, delay and notoriety incident to a disciplinary proceedings against said Lebangood, and whereas said Lebangood recognizes that he no longer possesses qualifications necessary for the practice of law in Kentucky, now by agreement of the parties hereto it is considered, ordered and adjudged that the resignation of Gilbert J. Lebangood as a member of the Kentucky State Bar Association be and it is hereby accepted. His name is hereby ordered stricken from the roster of attorneys of this Court and of all Circuit Courts of Kentucky, and henceforth he shall be without any right or au-

thority to engage in the practice of law in any Courts of this Commonwealth.

This August 31, 1948.

(Signed) Louisville Bar Association

By Lawrence S. Grauman
President.

J. Paul Keith, Jr.
Secretary

Kentucky State Bar Association

By George H. Wilson, Jr.,
President.

Samuel M. Rosenstein
Secretary

Gilbert J. Lebangood